MDR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tingting Gao, | No.   CV-26-02395-PHX-MJM (MTM) |
| Petitioner, | |
| v. | **ORDER** |
| David Rivas, et al., | |
| Respondents. | |

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 challenging her immigration detention.

Petitioner is a citizen of the People's Republic of China who arrived at the United States border on March 29, 2025; was apprehended by United States Customs and Border Protection agents; and has been detained since. She claims that in the last thirteen months, Respondents have not served her with a notice to appear, placed her in removal proceedings, conducted a credible fear interview, or "otherwise compl[ied] with statutory and regulatory procedures governing post-arrest immigration proceedings."

Petitioner contends she has not received a final order of removal and her unduly prolonged detention violates the Fifth Amendment. Alternatively, she asserts that if Respondents produce evidence that she is subject to a final order of removal, her detention violates the Fifth Amendment because it is prolonged and there is no significant probability of her removal in the reasonably foreseeable future. Petitioner seeks release from detention.

Respondents must respond to the Petition.  In their response, Respondents must clarify the status of Petitioner's immigration proceedings and the present basis for her detention.  Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must answer the Petition within **10 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/ sites/default/files/documents/adm%20manual.pdf.

(6)    Petitioner may file a reply within **10 days** from the date of service of the answer.

. . . .

. . . .

(7)    This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

IT IS SO ORDERED.

DATED this 9th day of April, 2026.

_____
Michael J. McShane
United States District Judge